1
 Lianne Mercer; Jeremy Mercer; Karen Sublett; Barbara Snow; Ultreia Homes LLC, a Colorado LLC, d/b/a Courtyard at San Miguel and Yuma; Kevin Comesky; Marissa Comesky; William Snider; Ruth Snider; Sylvia Wulf; Tracy Schlotman; Sara Webb; Ethan Howard; Lauren Howard; Mack Mason; and Abdillahi Jama Buni, Petitioners v. City of Colorado Springs, City Council. Respondent No. 25SC19
Supreme Court of Colorado, En Banc
August 4, 2025
           Court
 of Appeals Case No. 24CA434
 
 2
 
 
          Petition
 for Writ of Certiorari DENIED.